UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA RUOPOLI MARQUEZ, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>HAIR CLUB FOR MEN, LLC, d/b/a HAIRCLUB, a Delaware Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 5:25-cv-02345 SSS (DTBx)<br><br>Honorable Sunshine Suzanne Sykes<br><br>**ORDER GRANTING EXTENSION OF DISCOVERY CUT-OFF DATES**<br><br>[San Bernardino County Superior Court, Case No. CIV SB 2522194]<br><br>Complaint Filed: July 21, 2025 |

ORDER

326027878v.1

The Court having reviewed the Stipulation to Extend Discovery Cut-Off Dates, and good cause appearing, IT IS HEREBY ORDERED:

1. The fact discovery cut-off date is extended nine weeks from June 5, 2026 to August 7, 2026; and

2. The expert discovery cut-off date is extended nine weeks from July 10, 2026 to September 11, 2026.

Dated: May 26, 2026

_____

Sunshine Suzanne Sykes
U.S. District Judge

1
ORDER

326027878v.1